# Exhibit 2

491
gpn11

**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA,**
**COUNTY OF HARRIS**

Under and by virtue of the Power of Sale contained in a Deed to Secure Debt given by **JEFFREY G SMITH AND SHAWNA M SMITH AND F/K/A SHAWNA M. BATES** to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR SYNOVUS MORTGAGE CORP., dated 05/30/2008, and Recorded on 06/09/2008 as Book No. 01037 and Page No. 0046-0055, HARRIS County, Georgia records, as last assigned to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC, by assignment, conveying the after-described property to secure a Note of even date in the original principal amount of $151,092.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash at the HARRIS County Courthouse within the legal hours of sale on the first Tuesday in January, 2012, the following described property: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 205 OF THE 18TH LAND DISTRICT OF HARRIS COUNTY, GEORGIA, BEING MORE PARTICULARLY DESCRIBED AS TRACT 1 ACCORDING TO THAT PLAT OF SURVEY ENTITLED "PLAT OF SURVEY FOR HAROLD D. CULPEPPER" PREPARED BY RAYMON K. HARALSON, REGISTERED LAND SURVEYOR, DATED MAY 23, 2000, AS RECORDED IN PLAT BOOK 24, AT PAGE 288, IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF HARRIS COUNTY, GEORGIA. SAID PLAT IS HEREWITH INCORPORATED BY REFERENCE FOR A MORE COMPLETE AND ACCURATE DESCRIPTION. ALSO, A NON-RESTRICTIVE, NON EXCLUSIVE EASEMENT RUNNING WITH SAID TRACT 1, BEING DESCRIBED AS TRACT 4 ACCORDING TO THE REFERENCED PLAT. SAID TRACT 1 IS SUBJECT TO AN EASEMENT FOR THE USE OF THE DRIVE RUNNING ALONG TRACT 4 THROUGH THE NORTHWEST CORNER OF SAID TRACT 1 TO TRACT 2, ALL AS SHOWN ON THE ABOVE REFERENCED PLAT. The debt secured by said Deed to Secure Debt has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Deed to Secure Debt. Because the

made for the purpose of paying the same, expenses of this sale, as provided in the Deed to Secure Debt and by law, including attorney's fees (notice of intent to collect attorney's fees having been given). The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC, 3415 VISION DRIVE, Foreclosure, COLUMBUS, OH 43219, 800-848-9136. Please understand that the secured creditor is not required to negotiate, amend, or modify the terms of the mortgage instrument. To the best knowledge and belief of the undersigned, the party/parties in possession of the subject property known as 145 CULPEPPER DRIVE, CATAULA, GEORGIA 31804 is/are: JEFFREY G SMITH AND SHAWNA M SMITH AND F/K/A SHAWNA M. BATES or tenant/tenants. Said property will be sold subject to (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable); (b) any matters which might be disclosed by an accurate survey and inspection of the property, and (c) all matters of record superior to the Deed to Secure Debt first set out above, including, but not limited to, assessments, liens, encumbrances, zoning ordinances, easements, restrictions, covenants, etc. The sale will be conducted subject to (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the security deed. Pursuant to O.C.G.A. Section 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and nonjudicial sales, in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided in the preceding paragraph. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC as Attorney in Fact for JEFFREY G SMITH AND SHAWNA M SMITH AND F/K/A SHAWNA M. BATES. THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 201101187409286 BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP 15000 Surveyor Boulevard Addison, Texas 75001 Telephone: (972) 341-5398.

(12:8, 15, 22, 29)