# Exhibit 4



**Chase**
3415 Vision Drive
Columbus, OH 43219
1-800-848-9136 Customer Service
1-800-582-0542 TDD / Text Telephone

January 25, 2012

Jeffrey Smith
Shawna Smith
145 Culpepper Drive
Cataula GA 31804

Re:  Loan number ******▇

Dear Mr. Smith and Ms. Smith:

This letter is in response to your recent inquiry regarding the status of this Chase loan.

On September 7, 2011, Chase received check number 1461083 in the amount of $3,495.00. These funds were returned due to insufficient to cure the default.

On November 8, 2011, Chase received check number 5206 in the amount of $4,660.00. These funds were returned due to insufficient to cure default or bring account within 60 days delinquent.

On November 30, 2011, Chase received check number 5210 in the amount of $4,660.00. These funds were returned due to insufficient to cure default or bring account within 60 days delinquent.

When an account is referred to the foreclosure attorney only certified funds will be accepted for the full reinstatement amount. No partial payments or personal checks are accepted. All checks have been returned. You may contact your financial institution and place a stop payment on these checks if you have not received them.

You are currently due for the June 2011 payment.

This property was referred to foreclosure on September 8, 2011. If you would like to reinstate immediately, you may contact the foreclosure attorney Barrett Daffin Frappier Levine & Block, LLP directly at (877) 532-1249 to obtain a reinstatement quote.

If you are unable to reinstate at this time you may contact the Loss Mitigation department at (800) 446-8939 for possible workout options.



Chase's goal is to provide the highest level of quality service. If you have any questions, please contact Customer Care at (800) 848-9136. You may reach them Monday through Friday from 8:00 a.m. to 9:00 p.m., Eastern Time.

Sincerely
Foreclosure Research Department

SB