UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHAWNA BATES, a.k.a. <br> SHAWNA SMITH, <br> <br> Plaintiff, <br> <br> v. <br> <br> J P MORGAN CHASE BANK, N.A., <br> <br> Defendant. | * <br> * <br> * <br> * <br> * <br> *   CASE NO. 4:12-CV-43 (CDL) <br> * <br> * <br> * <br> * |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby moves to dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff Shawna Bates a.k.a. Shawna Smith ("Plaintiff") has failed to state any viable claims against Chase. Indeed, many of Plaintiff's fail as a matter of law based upon the very documents she attaches to her Complaint, the publicly-available real property records, and Plaintiff's own allegations. For example, while Plaintiff contends Chase violated the Real Estate Settlement Procedures Act ("RESPA") by failing to respond to a purported qualified written request ("QWR"), Chase's response to that purported QWR is attached to her Complaint as Exhibit 4. Moreover, while Plaintiff contends that Chase is liable for converting a payment she made to Chase, her bank statement – which she attaches to her Complaint as Exhibit 3 – shows that the alleged converted payment was returned to her by her

bank.  Furthermore, Plaintiff's claim for trespass is belied by the terms of the publicly-filed security deed signed by Plaintiff, which gives Chase the express right to enter the property upon Plaintiff's admitted default.  Finally, although Plaintiff alleges a claim for wrongful foreclosure, she admits in her Complaint that no foreclosure has taken place.  In sum, Plaintiff has failed to plead any plausible facts that form any viable claim against Chase.  Therefore, Chase respectfully requests this Court dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

In support of this Motion, Chase relies on the accompanying Memorandum of Law, the exhibits attached thereto, the Complaint itself, and any further evidence and/or oral argument that the Court may request with respect to this Motion.

Accordingly, Chase respectfully requests the Court dismiss Plaintiff's Complaint in its entirety.

Respectfully submitted this 30th day of March, 2012.

        PAGE, SCRANTOM, SPROUSE,
        TUCKER & FORD, P.C.

        By:/s/ Thomas F. Gristina
            William L. Tucker
            Georgia Bar No. 718050
            wlt@psstf.com
            James C. Clark, Jr.
            Georgia Bar No. 127145
            jcc@psstf.com
            Thomas F. Gristina
            Georgia Bar No. 452454
            tfg@psstf.com
            1111 Bay Avenue, 3rd Floor
            Columbus, GA 31901
            Tel.:  (706) 324-0251
            Fax:  (706) 596-9992

            JOSEPH D. WARGO
            Georgia Bar No. 738764
            jwargo@wargofrench.com
            JULIE C. JARED
            Georgia Bar No. 801699
            jjared@wargofrench.com
            WARGO & FRENCH LLP
            999 Peachtree Street, N. E.
            26th Floor
            Atlanta, Georgia 30309
            (404) 853-1500 (telephone)
            (404) 853-1501 (facsimile)

            *Counsel for Defendant*
            *JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the within and foregoing in the United States District Court for the Middle District of Georgia, with notice of same being electronically served by the CM/ECF system, addressed to the following:

>Charles A. Gower
>Teresa T. Abell
>CHARLES A. GOWER, P.C.
>1425 Wynnton Road
>Post Office Box 5509
>Columbus, Georgia 31906

This 30th day of March, 2012.

>/s/ Thomas F. Gristina
>Counsel for Defendant