IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SHAWNA BATES, a.k.a.<br>SHAWNA SMITH, | * * * | |
| Plaintiff, | * * | |
| vs. | * * * | CIVIL ACTION<br>FILE NO.: **4:12-CV-43(CDL)** |
| J P MORGAN CHASE BANK, N.A., | * * | |
| Defendant. | * * * | |
| _____ | | |

## PLAINTIFF'S FIRST AMENDMENT TO HER COMPLAINT

COMES NOW the Plaintiff, Shawna Bates, and amends her Complaint as follows:

Paragraph 60 of <u>COUNT ONE, RESPA VIOLATIONS</u>, which provides as follows is deleted: "Chase violated 12 USC § 2605 (k) in that it did not take timely action to respond to Shawna's pleas to correct her account, refused to properly investigate its errors, and failed to follow the standard servicer's duties and standards of care." Substituted in place thereof is new paragraph 60 which provides as follows:

60.

"Chase failed to properly respond to Shawna's qualified written request letter of March 29, 2012. Exhibit 7."

WHEREFORE, the prayers of the Complaint are repeated herein.

This 11th day of April, 2013.

                                        CHARLES A. GOWER, P.C.

                                        /s/ *Charles A. Gower*
                                        CHARLES A. GOWER
                                        Georgia Bar No. 303500
                                        MIRANDA J. BRASH
                                        Georgia Bar No. 475203

1425 Wynnton Road
P. O. Box 5509
Columbus, GA  31906
(706)324-5685
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing "PLAINTIFF'S FIRST AMENDED COMPLAINT" was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves email notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system:

William L. Tucker
James C. Clark, Jr.
Thomas F. Gristina
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, 3rd Floor
Columbus, GA 31901

Joseph D. Wargo
Julie C. Jared
Wargo & French LLP
999 Peachtree Street, N.E.
26th Floor
Atlanta, GA 30309

This 11th day of April, 2013.

/s/ *Charles A. Gower*
CHARLES A. GOWER