# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| SHAWNA BATES,<br><br>          Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant. | Civil Action File No.<br>4:12-cv-00043-CDL<br><br>JURY TRIAL |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Shawna Bates gives notice of her appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's (1) Order denying Bates's motion for partial summary judgment and granting Chase's motion for summary judgment and (2) Judgment in favor of Defendant – both entered on October 23, 2013.  *See* Dkt. No. 97; Dkt. No. 98.

Plaintiff submits this notice on November 21, 2013,

**/s/ Naveen Ramachandrappa**

Michael B. Terry
Ga. Bar No. 702582
Naveen Ramachandrappa
Ga. Bar No. 422036
BONDURANT MIXSON &
ELMORE LLP
1201 W Peachtree St NW
Ste 3900
Atlanta, GA 30309
404-881-4100
terry@bmelaw.com
ramachandrappa@bmelaw.com

Charles A. Gower
Ga. Bar No. 303500
Miranda J. Brash
Ga. Bar No. 475203

1142864.1

CHARLES A. GOWER, P.C.
1425 Wynnton Rd
PO Box 5509
Columbus, GA 31906
706-324-5685
charlie@cagower.com
miranda@cagower.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on November 21, 2013, I filed **PLAINTIFF'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will notify the following counsel of record:

>Joseph D. Wargo
>Julie C. Jared
>Ryan D. Watstein
>Sharon J. McGinnis
>WARGO & FRENCH LLP
>999 Peachtree St NE
>26th Fl
>Atlanta, GA 30309
>404-853-1505
>jwargo@wargofrench.com
>jjared@wargofrench.com
>rwatstein@wargofrench.com
>smcginnis@wargofrench.com

**/s/ Naveen Ramachandrappa**

1142864.1